IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES L. ROBINSON, #121865, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-341-MEF |
| ) | WO |
| ) | |
| WILLIE BRYANT, et al., ) | |
| ) | |
| Defendants. ) | |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

The complaint in this 42 U.S.C. § 1983 action was filed by James L. Robinson ["Robinson"], a state inmate and frequent litigant in this court, on April 12, 2005. Robinson did not file the $250.00 filing fee nor did he submit an original affidavit in support of a motion for leave to proceed *in forma pauperis* with the requisite documentation from the prison account clerk. Thus, the court did not have the information necessary to determine whether Robinson should be allowed to proceed *in forma pauperis* in this case and therefore entered an order requiring that Robinson provide the court with such information. *See Order of April 15, 2005 - Court Doc. No. 2* at 1-2 ("[O]n or before May 5, 2005, the plaintiff shall file either the appropriate affidavit in support of his motion for leave to proceed *in forma pauperis* accompanied by a prison account statement from the account clerk at [his current place of incarceration] showing the average

monthly balance in plaintiff's prison account for the 6-month period immediately preceding the filing of this complaint and the average monthly deposits to plaintiff's account during the past six months *or* the $250.00 filing fee."). The order specifically cautioned Robinson that his failure to comply with this order would result in the dismissal of this case. *Id*. at 2. The court allowed Robinson an extension of time until July 6, 2005 to submit the requisite documentation and again advised him that his failure to file a response would result in the dismissal of this case. *Order of June 23, 2005 - Court Doc. No. 5*. Robinson has failed to file a response in compliance with the aforementioned orders. In light of the foregoing, the court concludes that this case should be dismissed.

## CONCLUSION

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be dismissed without prejudice for failure of the plaintiff to comply with the order of this court. It is further

ORDERED that on or before April 5, 2006 the parties may file objections to the Recommendation. Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation objected to. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a de novo determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice.  *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982); *Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982); *Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, *en banc*) (adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981).

Done this 27th day of March, 2006.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE