IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES L. ROBINSON, # 121865,           )
                                       )
        Plaintiff,                     )
                                       )
v.                                     )     CASE NO. 1:05cv341-MEF
                                       )
WILLIE BRYANT, *et al.,*               )
                                       )
        Defendants.                    )

## **ORDER**

On March 27, 2006, the Magistrate Judge filed a Recommendation (Doc. #6) in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation is ADOPTED and that this case is DISMISSED without prejudice for failure of the plaintiff to comply with the order of this court.

Done this the 18th day of April, 2006.


                              _____
                                    /s/ Mark E. Fuller
                              CHIEF UNITED STATES DISTRICT JUDGE